JS6

JEFFREY M. LENKOV, ESQ. (SBN 156478)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant ABM INDUSTRIES INCORPORATED

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE HARO, | Case No.: 8:14-CV-00528-DOC-RNBx |
| Plaintiff, | |
| vs. | **ORDER TO REMAND ACTION** |
| ABM INDUSTRIES INCORPORATED, and DOES 1 to 10, | *Complaint Filed: January 27, 2014* |
| Defendants. | |

Pursuant to the Stipulation of the parties, the Court hereby remands this action to the Superior Court of the State of California, County of Orange.

Date: April 30, 2014

*David O. Carter*
Hon. David O. Carter
UNITED STATES DISTRICT JUDGE